IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VALERIYA VALERIEVNA KORENKOVA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-03967

Judge Sara L. Ellis

Magistrate Judge Gabriel A. Fuentes

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 77 | lefond |
| 56 | Wenzhou Hanyan e-commerce Co., Ltd. |
| 46 | WUJINGJING |
| 53 | Lygond |
| 106 | Thonglo |
| 115 | Whatcoco |
| 138 | tinsignshop |
| 57 | beihoushangmaoyouxiangongsi |
| 45 | lily-us66 |
| 2 | zzhouyu |
| 3 | llgcgc |
| 122 | gideris |
| 17 | My Home Supplies |
| 107 | MXGFT |
| 111 | AYXXKJ |
| 112 | WENYUY |
| 123 | Xiloccer(7-20 Days Delivery) |
| 126 | JESC Global Store |

| 12 | Robert art |
|---|---|
| 68 | Hyturtle Store |

DATED:  June 29, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 29, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt